IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Patrick W. Jones, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00778 |
| v. | : | Judge Watson |
| City of Columbus, | : | Magistrate Judge Abel |
| Defendant | : | |

## Order

The Clerk of Court is DIRECTED to place documents 23, 27-1 and 28-1 under seal because the documents contain Social Security numbers. Counsel for plaintiff is ORDERED to submit redacted versions of these documents within fourteen (14) days of the date of this Order.

s/Mark R. Abel
United States Magistrate Judge